IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

XEROX CORP.,

    Plaintiff,

v.

GOPHOTOBOOKS.COM. INC.,

    Defendant.
                                   /

No. 12-mc-80220 JSW

**ORDER OF REFERRAL**

On September 18, 2012, Plaintiff Xerox Corp. filed an Application and Order for Appearance and Examination, in which it seeks an Order requiring Gophotobooks.com to appear for an examination. The Court HEREBY REFERS this matter to a randomly assigned Magistrate Judge for resolution, unless the assigned Magistrate Judge determines that a report and recommendation is appropriate. If the parties have not received an assignment within fourteen (14) days of the date of this Order, please contact this Court's Courtroom Deputy, Jennifer Ottolini, at 415-522-4173.

It is FURTHER ORDERED that Plaintiff shall serve a copy of this Order on Gophotobooks.com and shall file proof of such service with the Court.

**IT IS SO ORDERED.**

Dated: September 20, 2012

                                                       JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT JUDGE

cc: Magistrate Referral Clerk