UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| XEROX CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>GOPHOTOBOOKS.COM, INC.,<br><br>    Defendant.<br>_____/ | No. 3:12-MC-80220 JSW (NJV)<br><br>ORDER RE JUDGMENT DEBTOR EXAMINATION |

This registration of foreign judgment was filed with the court on September 10, 2012. (Docket no. 1.) On September 18, 2012, Plaintiff filed an application for appearance and examination. (Docket no. 2.) The court granted Plaintiff's application on September 28, 2012, and set the judgment debtor's examination for November 9, 2012. (Docket no. 4.)

On November 5, 2012, the court received an email from Plaintiff requesting that the court take the matter off calendar, "as plaintiff was unable to personally serve the defendant with the Order to Appear for Examination ten days before the hearing as required by California Code of Civil Procedure Section 708.110(d)." No request to continue the examination was filed in the case, and no parties appeared for the judgment debtor's examination.

Should Plaintiff wish to renotice the judgment debtor's examination, it shall do so by filing such a request with the court. The court will not otherwise reset the examination.

IT IS SO ORDERED.

Dated: November 15, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge