United States District Court

For the Northern District of California

1
2
3
4
5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7                    EUREKA DIVISION
8

9  XEROX CORPORATION,                    No. 3:12-MC-80220 JSW (NJV)

10              Plaintiff,               ORDER RE JUDGMENT DEBTOR
                                         EXAMINATION
11         v.

12  GOPHOTOBOOKS.COM, INC.,

13              Defendant.
   _____/
14

15

16         This registration of foreign judgment was filed with the court on September 10, 2012.

17  (Docket no. 1.)  On September 18, 2012, Plaintiff filed an application for appearance and

18  examination.  (Docket no. 2.)  The court granted Plaintiff's application on September 28, 2012, and

19  set the judgment debtor's examination for November 9, 2012.  (Docket no. 4.)

20         On November 5, 2012, the court received an email from Plaintiff requesting that the court

21  take the matter off calendar, "as plaintiff was unable to personally serve the defendant with the Order

22  to Appear for Examination ten days before the hearing as required by California Code of Civil

23  Procedure Section 708.110(d)."  No request to continue the examination was filed in the case, and no

24  parties appeared for the judgment debtor's examination.

25         Should Plaintiff wish to renotice the judgment debtor's examination, it shall do so by filing

26  such a request with the court.  The court will not otherwise reset the examination.

27  IT IS SO ORDERED.

28  Dated: November 15, 2012

                                         _____
                                         NANDOR J. VADAS
                                         United States Magistrate Judge